1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDY MARK WHITE, | CASE NO. CV-F-03-6898 LJO |
| Plaintiff, | **ORDER VACATING DATES AND SETTING STATUS CONFERENCE** |
| vs. | Date: October 4, 2005 |
| MODESTO POLICE OFFICER HICKS, et al., | Time: 8:30 a.m. Dept.: 6 (LJO) |
| Defendants. | |
| _____/ | |

On May 25, 2005, this Court conducted a status conference at the request of the parties. Plaintiff Andy Mark White appeared by telephone by counsel Stephen Solano. Defendants Modesto Police Officer Hicks, Modesto Chief of Police Roy Wasden, Modesto Police Department, and the City of Modesto appeared by telephone by counsel David Cervantes. Counsel informed the Court that plaintiff is incarcerated and as a result, the parties are unable to complete the medical examination, expert discovery and mediation contemplated by the parties. Therefore, the parties requested that the Court vacate the trial date. For good cause shown, the Court VACATES the expert discovery cut-off date, the June 2, 2005 pretrial conference and the July 26, 2005 trial.

The Court sets a telephonic scheduling conference for October 4, 2005 at 8:30 a.m. in Department 6. The parties may appear at the conference by arranging a one-line conference call and telephoning the Court at (559) 498-7322. The parties should be prepared to select new dates, including expert discovery cut off.

IT IS SO ORDERED.

**Dated:    May 25, 2005**                              **/s/ Lawrence J. O'Neill**
b9ed48                                        UNITED STATES MAGISTRATE JUDGE

1