1  STEPHEN SOLANO (State Bar No. 80692)
   Attorney at Law
2  1119 - 12th Street, Suite 1
   Modesto, California 95354
3  Telephone: (209) 571-2490
   Facsimile: (209) 576-2235
4
   Attorney for Andy Mark White

**FILED**

MAR 2 3 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDY MARK WHITE, | Case No. CIV.F–03-6898 LJO |
| Plaintiff, | |
| v. | **STIPULATION TO VACATE AND RESET PRETRIAL CONFERENCE AND TRIAL DATES** |
| MODESTO POLICE OFFICER HICKS, et al., | |
| Defendants. | Pretrial Conference: April 4, 2006<br>Trial: May 8, 2006 |

The parties in order to avoid possible Fifth Amendment conflicts with plaintiff's criminal jury trial that would be set after plaintiff's civil trial presently scheduled May 8, 2006, through the signatures of their counsel on this Stipulation, stipulate to vacate the scheduled pretrial conference hearing on April 4, 2006 and trial date of May 8, 2006. The parties stipulate to reschedule the pretrial conference hearing to August 2, 2006, at 8:30 a.m., in Courtroom 6 of the above-entitled court, and the trial to September 25, 2006, at 8:30 a.m., in Courtroom 6 of the above-entitled court.

For the plaintiff Andy Mark White:

Dated: March 22, 2006                    Law Office of STEPHEN SOLANO


                                         By: /s/Stephen Solano
                                         Attorney for ANDY MARK WHITE

1

For the defendants MPD Officer Hicks,
Chief Roy Wasden and City of Modesto:

Dated: March 22, 2006                          RICHARD RUDNANSKY, Interim City Attorney


By: /s/David Cervantes, Sr. Deputy City Attorney
Attorneys for MPD OFFICER HICKS, CHIEF
ROY WASDEN and CITY OF MODESTO


## [PROPOSED] ORDER

The court has reviewed the Stipulation set forth above, and the terms and conditions agreed upon therein by all parties and incorporated in this Order. Good cause appearing,

IT IS ORDERED that:

1. The pretrial conference be continued to August 2, 2006, at 8:30 a.m., in Courtroom 6 of the above-entitled court;

2. The trial be continued to September 25, 2006, at 8:30 a.m., in Courtroom 6 of the above-entitled court.

Dated: March 23, 2006                          _____
                                                UNITED STATES MAGISTRATE JUDGE