```
 1  SUSANA ACALA WOOD, City Attorney #156366
    DAVID CERVANTES, Senior Deputy City Attorney #108973
 2  City of Modesto
    P.O. Box 642
 3  1010 Tenth Street, Suite 6300
    Modesto, California 95353
 4  Telephone: (209) 577-5284
    Facsimile: (209) 544-8260
 5
    Attorneys for Defendant MPD OFFICER
 6  HICKS, CHIEF ROY WASDEN and CITY OF MODESTO
 7
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| ANDY MARK WHITE, | ) No. 1:03-CV-6898 REC LIO |
|---|---|
| Plaintiff, | ) |
| vs. | ) STIPULATION TO VACATE AND RESET PRETRIAL CONFERENCE AND TRIAL DATES |
| MODESTO POLICE OFFICER HICKS, MODESTO CHIEF OF POLICE ROY WASDEN, individually and in their official capacity, MODESTO POLICE DEPARTMENT, CITY OF MODESTO, et al., | ) Pretrial Conference: August 2, 2006<br>) Trial: September 25, 2006 |
| Defendants. | ) |

In order to avoid possible Fifth Amendment conflicts with Plaintiff's criminal jury trial that has not yet been set, the parties, through the signatures of their counsel on this Stipulation, stipulate to vacate the scheduled Pretrial Conference on August 2, 2006, and Trial date of September 25, 2006.  The parties stipulate to reschedule the Pretrial Conference to February 1, 2007, at 8:30 a.m., in Courtroom 8 of the above-entitled Court, and the Trial date to March 5, 2007, at 9:00 a.m., in Courtroom 8 of the above-entitled Court.

Date:  June 26, 2006.                    SUSANA ACALA WOOD, City Attorney


                                         By /s/
                                         _____
                                            DAVID CERVANTES
                                            Senior Deputy City Attorney
                                            Attorneys for Defendant CITY OF MODESTO

-1-                        K:\LJO\To_Be_Signed\03cv6898.extension.wpd

| | | |
|---|---|---|
| 1 | Date: June 26, 2006. | By: /s/ _____ |
| 2 | | STEPHEN SOLANO |
| 3 | | Attorney for Plaintiff Andy Mark White |

### ORDER

The Court has reviewed the Stipulation set forth above, and the terms and conditions agreed upon therein by all parties and incorporated in this Order.  Good cause appearing,

IT IS ORDERED that:

1. The Pretrial Conference be continued to February 1, 2007, at 8:30 a.m. in Courtroom 8 of the above-entitled Court; and

2. The Trial be continued to March 5, 2007, at 9:00 a.m., in Courtroom 8 of the above-entitled Court.

IT IS SO ORDERED.

**Dated:    2006**                                          /s/ Lawrence J. O'Neill
66h44d                                                            UNITED STATES MAGISTRATE JUDGE