1  SUSANA ACALA WOOD, City Attorney #156366
   DAVID CERVANTES, Senior Deputy City Attorney #108973
2  City of Modesto
   P.O. Box 642
3  1010 Tenth Street, Suite 6300
   Modesto, California 95353
4  Telephone: (209) 577-5284
   Facsimile: (209) 544-8260
5
   Attorneys for Defendant MPD OFFICER
6  HICKS, CHIEF ROY WASDEN and CITY OF MODESTO

7

8                      UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11 ANDY MARK WHITE                         )   No.  1:03-CV-6898 REC LJO
                                            )
12             Plaintiff,                   )
                                            )   STIPULATION TO VACATE AND RESET
13      vs.                                 )   PRETRIAL CONFERENCE AND TRIAL
                                            )   DATES
14 MODESTO POLICE OFFICER HICKS,            )
   MODESTO CHIEF OF POLICE ROY              )   Pretrial Conference: September 13, 2007
15 WASDEN, individually and in their official)  Trial:               October 22, 2007
   capacity, MODESTO POLICE                 )
16 DEPARTMENT, CITY OF MODESTO, et          )
   al.,                                     )
17                                          )
               Defendants.                  )
18 _____    )

19      In order to avoid possible Fifth Amendment conflicts with Plaintiff's criminal jury trial that

20 has been continued to April 14, 2007, the parties, through the signatures of their counsel on this

21 Stipulation, stipulate to vacate the scheduled Pretrial Conference on February 1, 2007, and Trial date

22 on March 5, 2007.  The parties stipulate to reschedule the Pretrial Conference to September 13,

23 2007, at 8:30 a.m., in Courtroom 8 of the above-entitled Court, and the Trial date to October 22,

24 2007, at 9:00 a.m., in Courtroom 8 of the above-entitled Court.

25 Date:  November 20, 2006.          SUSANA ACALA WOOD, City Attorney

26

27                                    By /s/ David Cervantes
                                         DAVID CERVANTES
28                                       Senior Deputy City Attorney
                                         Attorneys for Defendant CITY OF MODESTO

-1-

K:\LJO\To_Be_Signed\03cv6898.trialextension.wpd

1  Date: November 20, 2006.

2                                                                    By: /s/ Stephen Solano
                                                                          STEPHEN SOLANO
3                                                                         Attorney for Plaintiff Andy Mark White

4

5

6                                                      **ORDER**

7     The Court has reviewed the Stipulation set forth above, and the terms and conditions agreed

8  upon therein by all parties and incorporated in this Order.  Good cause appearing,

9     IT IS ORDERED that:

10    1.    The Pretrial Conference be continued to September 13, 2007, at 8:30 a.m. in

11          Courtroom 8 of the above-entitled Court; and

12    2.    The Trial be continued to October 22, 2007, at 9:00 a.m., in Courtroom 8 of the

13          above-entitled Court.

14  IT IS SO ORDERED.

15  **Dated:     2006**                                   /s/ Lawrence J. O'Neill
    66h44d                                                UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28