STEPHEN SOLANO (State Bar No. 80692)
Attorney at Law
1119 - 12th Street, Suite 1
Modesto, California 95354
Telephone: (209) 571-2490
Facsimile: (209) 576-2235

Attorney for Andy Mark White

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ANDY MARK WHITE, | : | Case No. 1:03-CV-06898 DLB |
| Plaintiff, | : | |
| | : | **STIPULATION TO VACATE AND** |
| v. | : | **RESET PRETRIAL CONFERENCE** |
| | : | **AND TRIAL DATES** |
| MODESTO POLICE OFFICER HICKS, et al., | : | |
| | : | Pretrial Conference: September 21, 2007 |
| Defendants. | : | Trial:               November 6, 2007 |
| | : | |

The parties to the above-entitled action hereby submit the instant stipulation regarding their proposal to vacate the currently set dates for the pre-trial conference and jury trial in this matter, and the proposed new dates for those appearances.

The continuance which is being sought is necessary in order to avoid a possible Fifth Amendment conflict with plaintiff's criminal jury trial which has not, as yet, been held, and the date of which has yet to be reset. Plaintiff White has a criminal trial setting conference set for August 30, 2007 in Stanislaus County Superior Court. It is anticipated the trial will be set at the end of 2007 or the beginning of 2008.

Through the signatures of their counsel on this stipulation, the parties stipulate to vacate the scheduled pretrial conference hearing, which is currently set for September 21, 2007, and the scheduled trial date of November 6, 2007, so as to allow the criminal matter to be decided in advance of the trial of this civil matter arising from the same incident/transaction.

1    The parties propose that, should the court's calendar allow it, the pre-trial conference be reset
2 to April 4, 2008 at 1:30 p.m. in Courtroom 9 (DLB) of the above-entitled court and the jury trial to June
3 3, 2008 at 9:00 a.m. in Courtroom 9 (DLB) of the above-entitled court, or to such other dates after those
4 as may better suit the court's calendar.

Respectfully submitted,

For the plaintiff Andy Mark White:

Dated:  August 30, 2007                     Law Office of STEPHEN SOLANO

By: /s/Stephen Solano
Attorney for ANDY MARK WHITE

For the defendants MPD Officer Hicks,
Chief Roy Wasden and City of Modesto:

Dated:  August 30, 2007                     SUSANA ALCALA WOOD, City Attorney

By: /s/James F. Wilson, Sr. Deputy City Attorney
Attorneys for MPD OFFICER HICKS, CHIEF
ROY WASDEN and CITY OF MODESTO

## ORDER

The court has reviewed the Stipulation set forth above, and the terms and conditions agreed upon therein by all parties and incorporated in this Order.  Good cause appearing,

**IT IS ORDERED** that:

1. The pretrial conference be continued to April 4, 2008, at 1:30 p.m., in Courtroom 9 (DLB) of the above-entitled court;

2. The trial be continued to June 3, 2008, at 9:00 a.m., in Courtroom 9 (DLB) of the above-entitled court.

IT IS SO ORDERED.

**Dated:   August 30, 2007**                    **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE