1  STEPHEN SOLANO (State Bar No. 80692)
   Attorney at Law
2  1119 - 12th Street, Suite 1
   Modesto, California  95354
3  Telephone: (209) 571-2490
   Facsimile:  (209) 576-2235
4
   Attorney for Andy Mark White
5

6

7                      **IN THE UNITED STATES DISTRICT COURT**

8                         **EASTERN DISTRICT OF CALIFORNIA**

9

10 ANDY MARK WHITE,                    :    Case No. 1:03-CV-06898 DLB
11                                     :
          Plaintiff,                   :
12                                     :    **STIPULATION TO VACATE AND**
     v.                                :    **RESET PRETRIAL CONFERENCE**
13                                     :    **AND TRIAL DATES**
   MODESTO POLICE OFFICER HICKS,       :
14 et al.,                             :
                                       :    Pretrial Conference: April 4, 2008
15        Defendants.                  :    Trial:               June 3, 2008
                                       :
16 _____ :

17        The parties to the above-entitled action hereby submit the instant stipulation regarding their

18 proposal to vacate the currently set dates for the pre-trial conference and jury trial in this matter, and the

19 proposed new dates for those appearances.

20        The continuance which is being sought is necessary in order to avoid a possible Fifth

21 Amendment conflict with plaintiff's criminal jury trial which has not, as yet, been held, and the date of

22 which has yet to be reset.  It was anticipated at the last continuance that the underlying criminal trial

23 would be held in late 2007 or the beginning of 2008 if the case did not resolve.  However, due to factors

24 beyond plaintiff's counsel's control, a last minute plea bargain fell through and the case has been

25 rescheduled for a trial setting conference March 28, 2008 in Stanislaus County Superior Court.  The

26 underlying criminal trial will be set within 90 days of the March 28, 2008 trial setting conference.

27 Plaintiff's counsel and defense counsel agree that this will be last continuance request in this matter

28 regardless if plaintiff's underlying criminal case is not resolved.

Through the signatures of their counsel on this stipulation, the parties stipulate to vacate the scheduled pretrial conference hearing, which is currently set for April 4, 2008, and the scheduled trial date of June 3, 2008, so as to allow the criminal matter to be decided in advance of the trial of this civil matter arising from the same incident/transaction.

The parties propose that, should the court's calendar allow it, the pre-trial conference be reset to September 19, 2008 at 1:30 p.m. in Courtroom 9 (DLB) of the above-entitled court and the jury trial to November 4, 2008 at 9:00 a.m. in Courtroom 9 (DLB) of the above-entitled court, or to such other dates after those as may better suit the court's calendar.

Respectfully submitted,

For the plaintiff Andy Mark White:

Dated:  March 25, 2008                Law Office of STEPHEN SOLANO

By: /s/Stephen Solano
Attorney for ANDY MARK WHITE

For the defendants MPD Officer Hicks,
Chief Roy Wasden and City of Modesto:

Dated:  March 25, 2008                SUSANA ALCALA WOOD, City Attorney

By: /s/James F. Wilson, Sr. Deputy City Attorney
Attorneys for MPD OFFICER HICKS, CHIEF
ROY WASDEN and CITY OF MODESTO

**ORDER**

The court has reviewed the Stipulation set forth above, and the terms and conditions agreed upon therein by all parties and incorporated in this Order.  Good cause appearing,

**IT IS ORDERED** that:

1. The pretrial conference be continued to September 19, 2008, at 1:30 p.m., in Courtroom 9 (DLB) of the above-entitled court;

2. The trial be continued to November 4, 2008, at 9:00 a.m., in Courtroom 9 (DLB) of the above-entitled court.

IT IS SO ORDERED.

Dated:   **March 25, 2008**                         /s/ **Dennis L. Beck**
                                                                        UNITED STATES MAGISTRATE JUDGE