1  STEPHEN SOLANO (State Bar No. 80692)
   Attorney at Law
2  1119 - 12th Street, Suite 1
   Modesto, California  95354
3  Telephone: (209) 571-2490
   Facsimile:  (209) 576-2235
4
   Attorney for Andy Mark White

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDY MARK WHITE,    Plaintiff,     v. MODESTO POLICE OFFICER HICKS, et al.,    Defendants. | Case No. 1:03-CV-06898 DLB **STIPULATION TO VACATE AND RESET PRETRIAL CONFERENCE AND TRIAL DATES** Pretrial Conference: September 19, 2008 Trial:                        November 4, 2008 |

The parties to the above-entitled action hereby submit the instant stipulation regarding their proposal to vacate the currently set dates for the pre-trial conference and jury trial in this matter, and the proposed new dates for those appearances.

The continuance which is being sought is necessary in order to avoid conflicting trial dates with plaintiff's criminal jury trial in Stanislaus County Superior Court scheduled on November 4, 2008 .

Through the signatures of their counsel on this stipulation, the parties stipulate to vacate the scheduled pretrial conference hearing, which is currently set for September 19, 2008, and the scheduled trial date of November 4, 2008, so as to allow the criminal matter to be decided in advance of the trial of this civil matter arising from the same incident/transaction.

The parties propose that, should the court's calendar allow it, the pre-trial conference be reset to January 9, 2009 at 1:30 p.m. in Courtroom 9 (DLB) of the above-entitled court and the jury trial to

1  February 24, 2009 at 9:00 a.m. in Courtroom 9 (DLB) of the above-entitled court, or to such other dates
2  after those as may better suit the court's calendar.

                                                    Respectfully submitted,

For the plaintiff Andy Mark White:

Dated:  August 3, 2008                          Law Office of STEPHEN SOLANO

                                                    By: /s/Stephen Solano
                                                      Attorney for ANDY MARK WHITE

For the defendants MPD Officer Hicks,
Chief Roy Wasden and City of Modesto:

Dated:  August 3, 2008                          SUSANA ALCALA WOOD, City Attorney

                                                      By: /s/James F. Wilson, Sr. Deputy City Attorney
                                                      Attorneys for MPD OFFICER HICKS, CHIEF
                                                      ROY WASDEN and CITY OF MODESTO

## ORDER

The court has reviewed the Stipulation set forth above, and the terms and conditions agreed upon therein by all parties and incorporated in this Order.  Good cause appearing,

**IT IS ORDERED** that:

1. The pretrial conference be continued to January 9, 2009, at 1:30 p.m., in Courtroom 9 (DLB) of the above-entitled court;

2. The trial be continued to February 24, 2009, at 9:00 a.m., in Courtroom 9 (DLB) of the above-entitled court.

IT IS SO ORDERED.

**Dated:   August 3, 2008**                     **/s/ Dennis L. Beck**
                                                    UNITED STATES MAGISTRATE JUDGE