SUSANA ALCALA WOOD, City Attorney #156366
JAMES F. WILSON, Senior Deputy City Attorney #107289
City of Modesto
P.O. Box 642
1010 Tenth Street, Suite 6300
Modesto, California 95353
Telephone: (209) 577-5284
Facsimile: (209) 544-8260
Attorneys for Defendant MPD Officer
Michael Hicks, Chief Roy Wasden
and City of Modesto

ANDY MARK WHITE, CDC# G38367
Plaintiff, In Pro Se
17148 McAdams Road
Fort Jones, California 96032

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANDY MARK WHITE,**<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>**MODESTO POLICE OFFICER HICKS, MODESTO CHIEF OF POLICE ROY WASDEN, individually and in their official capacity, MODESTO POLICE DEPARTMENT, CITY OF MODESTO, et al.,**<br><br>　　　　　Defendants. | No.  1:03-CV-6898 DLB<br><br>**STIPULATION, MOTION FOR ORDER OF DISMISSAL AND ORDER OF DISMISSAL** |

**STIPULATION AND MOTION**

**COME NOW** the parties to the above-entitled action, who hereby **STIPULATE AND AGREE** as follows:

In exchange for a waiver by the defendants, and each of them, of their right to recover costs of defense and attorney's fees for the defense of the above-entitled action, which is hereby given, the plaintiff agrees to, and hereby does, move the court for an order dismissing the above-entitled action, in its entirety, with prejudice.

The undersigned counsel for defendants hereby represents that he has the authority to bind the defendants, and each of them, to this agreement.

-1-

The parties respectfully request that the court approve the above stipulation, grant the plaintiff's motion for an order of dismissal, and order the dismissal of the above-entitled action, in its entirety, with prejudice, and the entry of judgment in favor of the defendants, and each of them.

Date: October 7, 2009

Respectfully submitted,

SUSANA ALCALA WOOD
City Attorney

By:  /S/JFW
JAMES F. WILSON
Senior Deputy City Attorney

Attorneys for Defendants

Date: October 26, 2009

Respectfully submitted,

ANDY MARK WHITE


/S/AW
Plaintiff, In Pro Se

### ORDER

The court hereby approves the stipulation of the parties which is set forth above.

Having done so, and having found **GOOD CAUSE** therefor, the court further hereby **GRANTS** the plaintiff's motion seeking an order of dismissal of the above-entitled action, in its entirety, with prejudice.

The court further **ORDERS, ADJUDGES AND DECREES** that judgment shall be entered in this action in favor of the defendants, and each of them, and against the plaintiff, who shall take nothing by way of his civil complaint in this action, with each side to bear its own costs in the action.

IT IS SO ORDERED.

**Dated:   November 4, 2009**            **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE